Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: N/A

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In re<br><br>John Patrick McGinn, Jr.,<br><br>　　　　Debtor.<br>_____<br>Robert Nyman, individually and as trustee of Riverside, a Ministerial Trust,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>John Patrick McGinn, Jr.,<br><br>　　　　Defendant. | Case No. 12-65254-fra7<br><br>Chapter 7<br><br><br>Adversary Proceeding<br>No. 13-06021-fra<br><br>**JUDGMENT** |

　　Pursuant to the Minute Order of this Court dated November 7, 2013, it is hereby

　　ADJUDGED that the debt owed by defendant to plaintiff, contained in that certain state court action against defendant in King County, Washington Superior Court Case No. 08-2-11579-8 SEA where a judgment was entered on June 14, 2010, and said judgment was entered as a foreign judgment in Marion County Circuit Court, Oregon on August 27, 2010, is nondischargeable under 11 U.S.C. §§ 523(a)(2) and (a)(19).

Page 1 of 2 -　**JUDGMENT**

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

Case 13-06021-fra　　Doc 39　　Filed 11/26/13

ADJUDGED that plaintiff receive its costs and disbursements incurred herein in the sum of $293.00, the filing fee herein.

ADJUDGED that King County Superior Court shall retain jurisdiction over amount and terms of the June 14, 2010 judgment.

# # #

Presented by:

GREENE & MARKLEY, P.C.

By */s/ Sherri D. Martinelli*
Sherri D. Martinelli, OSB #023829
sherri.martinelli@greenemarkley.com
Telephone: (503) 295-2668
  *Attorneys for Plaintiff*

\G:\Clients\7444\P Judgment.wpd

Page 2 of 2 - **JUDGMENT**

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

Case 13-06021-fra    Doc 39    Filed 11/26/13

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JUDGMENT** on:

John Patrick McGinn, Jr.
3760 Market Street NE #384
Salem, OR 97301
email: johnmcginn8@gmail.com
 *Defendant / Pro-se*

by **e-mailing** full, true and correct copies thereof addressed to the attorneys as shown above at the last known email address of the attorneys.

DATED this 13th day of November, 2013.

 /s/ Sherri D. Martinelli
Sherri D. Martinelli, OSB #023829
*Attorneys for Plaintiff*

Page 1 - CERTIFICATE OF SERVICE

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434